# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RONALD SATISH EMRIT,

    Plaintiff,

v.

UNIVERSAL MUSIC GROUP, et al.,

    Defendants.

CASE NO. C19-5984 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's motion to proceed in forma pauperis, Dkt. 1, is **DENIED** and this case is **DISMISSED** as duplicative; and

(3) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 22nd day of November, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER