# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD SATISH EMRIT,

      Plaintiff,

  v.

UNIVERSAL MUSIC GROUP, ISLAND DEF JAM GROUP, SHAKIR STEWART, RICK ROSS,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   3:19-CV-05984-BHS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. Plaintiff's proposed complaint is dismissed as duplicative and this case is closed.

Dated this 22nd day of November, 2019.

WILLIAM M. MCCOOL
Clerk

/s *Gayle M. Riekena*
Deputy Clerk